USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS & POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS & ALLIED TRADERS, AFL-CIO and TRUSTEES OF THE DRYWALL TAPERS & POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,

Petitioners,

v.

MAIA MP CONSTRUCTION, INC, *also known as* MAIA MP CONSTRUCTIONS, INC.,

Respondent.

No. 19-CV-11212 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On December 6, 2019, Petitioner filed a petition seeking to confirm an arbitration award. On December 12, 2019, Petitioner filed an affidavit of service.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by January 6, 2020. Respondent's opposition, if any, is due on January 27, 2020. Petitioners' reply, if any, is due on February 7, 2020.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated: December 12, 2019
New York, New York

Ronnie Abrams
United States District Judge