USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS & POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS & ALLIED TRADERS, AFL-CIO and TRUSTEES OF THE DRYWALL TAPERS & POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,

Petitioners,

v.

MAIA MP CONSTRUCTION, INC., *also known as* MAIA MP CONSTRUCTIONS, INC.,

Respondent.

No. 19-CV-11212 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 6, Petitioners notified the Court of their intent to move for a default judgment. Dkt. 11. On January 13, 2020, the Clerk of Court issued a certificate of default as to Defendant MAIA MP Construction, Inc. Dkt. 15. If Petitioners seek a default judgment against Defendant, they must so move, consistent with Attachment A of the Court's Individual Rules & Practices in Civil Cases, no later than February 7, 2020.

Dated:   January 14, 2020
         New York, New York

Ronnie Abrams
United States District Judge