UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DRYWALL TAPERS & POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS & ALLIED
TRADES, AFL-CIO; TRUSTEES OF THE
DRYWALL TAPERS & POINTERS LOCAL
UNION NO. 1974 BENEFIT FUNDS,
                        Petitioners,

                -against-

MAIA MP CONSTRUCTION, INC., also
known as MAIA MP CONSTRUCTIONS, INC.,
                        Respondent.
------------------------------------------------------------X

19 **CIVIL** 11212 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 9, 2020, the petition to confirm the arbitration award is granted in the amount of $25,306.60; accordingly, the case is closed.

**Dated**: New York, New York
        March 9, 2020

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**
                BY: _____
                                    **Deputy Clerk**